**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN District of CALIFORNIA
(State)

Case number (If known): _____ Chapter 11

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

1. **Debtor's name**

   Allie's Party Equipment Rental, Inc.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   3 3 – 0 7 8 5 4 8 8

4. **Debtor's address**

   **Principal place of business**

   130   Vallecitos De Oro
   Number   Street

   San Marcos     CA     92069
   City     State     ZIP Code

   San Diego
   County

   **Mailing address, if different from principal place of business**

   Number   Street

   P.O. Box

   City     State     ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number   Street

   City     State     ZIP Code

5. **Debtor's website** (URL)

Debtor   **Allie's Party Equipment Rental, Inc.**
_____
Name

Case number _(if known)_ _____

| | | |
|---|---|---|
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) | |
| | ☐ Partnership (excluding LLP) | |
| | ☐ Other. Specify: _____ | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>4</u>  <u>5</u>  <u>3</u>  <u>9</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of the chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ The debtor is a a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                          MM / DD / YYYY

         District _____  When _____  Case number _____
                                          MM / DD / YYYY

Debtor    Allie's Party Equipment Rental, Inc.
_____
          Name

Case number (if known)_____

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____    Relationship _____

District _____    When _____
                                                        MM  /  DD  / YYYY

Case number, if known _____

---

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number          Street

_____

_____
City                                    State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

Debtor    Allie's Party Equipment Rental, Inc.                    Case number (if known) _____
           Name

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    04/27/2021
                MM  / DD / YYYY

✗ _____        Michael B. Nicholson
   Signature of authorized representative of debtor    Printed name

Title  President

**18. Signature of attorney**

✗ /s/ K. Todd Curry                        Date    04/27/2021
   Signature of attorney for debtor                MM  / DD / YYYY

   K. Todd Curry
   Printed name

   Curry Advisors, A Professional Law Corporation
   Firm name

   185 West F Street, Ste. 100
   Number        Street

   San Diego                            CA    92101
   City                                 State    ZIP Code

   (619) 238-0004                       tcurry@currylegal.com
   Contact phone                        Email address

   149360                               CA
   Bar number                           State

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 4

**Fill in this information to identify the case and this filing:**

Debtor Name   Allie's Party Equipment Rental, Inc.

United States Bankruptcy Court for the:   SOUTHERN   District of   CA
(State)

Case number (If known):   _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/27/2021          ✗ _____
MM / DD / YYYY                        Signature of individual signing on behalf of debtor

Michael B. Nicholson
Printed name

President
Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name __Allie's Party Equipment Rental, Inc.__

United States Bankruptcy Court for the: __SOUTHERN__ _____ District of __CA__
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | SEE ATTACHMENT | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

**ATTACHMENT TO FORM 204**

| Creditor | Contact | Nature of Claim | Contingent, Unliquidated or Disputed | Amount of Unsecured Portion of Claim |
|---|---|---|---|---|
| 1.<br>F. Flores, B. Zamora, A. Williams, and all others similarly situated<br>c/o Patrick Nellies, Esq.<br>Advantage Law Group, APC<br>5820 Oberlin Drive #110<br>San, Diego, CA 92121 | (858) 793-8565 | Class action employment claims, pending litigation | Contingent, unliquidated, disputed | $3,500,000 |
| 2.<br>First Citizens Bank & Trust Co.<br>Attn: SBA Loan Operations<br>100 E. Tryon Road, DAC 90<br>Raleigh, NC 27603 | (760) 737-7970 | SBA PPP loans | Contingent | $679,800 |
| 3.<br>First Citizens Bank & Trust Co.<br>P.O. Box 25187<br>Attn: DAC 36<br>Raleigh, NC 27611 | (888) 323-4732 | Line of credit | | $40,000 |
| 4.<br>GenMyk, LLC<br>130 Valle De Oro<br>San Marcos, CA 92069 | (760) 591-4314 | Lease | Unliquidated | $154,500 |

| | | | | |
|---|---|---|---|---|
| 5.<br>N&B Enterprises, LLC<br>130 Valle De Oro<br>San Marcos, CA 92069 | (760) 591-4314 | Lease | | $256,980 |
| 6.<br>JS MCA Hunter Park LP<br>c/o MCA Property Management Inc.<br>1600 Chicago Ave., Ste. R-1<br>Riverside, CA 92507 | (949) 656-4018 | Storage Facility Lease | | $7,894 |

**Fill in this information to identify the case:**

Debtor name  Allie's Party Equipment Rental, Inc.

United States Bankruptcy Court for the:  SOUTHERN _____ District of  CA
(State)

Case number (If known):  _____

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .................................................................................................................  $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................................  $ __1,055,520.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ...................................................................................................................  $ __1,055,520.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.............................  $ ___503,900.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ......................................................................  $ _____0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ............................................  + $ __4,639,174.00

4. **Total liabilities**.....................................................................................................................................................  $ __5,143,074.00
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name __Allie's Party Equipment Rental, Inc.__

United States Bankruptcy Court for the:__SOUTHERN__   District of __CA__
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   | All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
   |---|---|---|---|

2. **Cash on hand**  $ 200.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. First Citizens Bank | Checking | ___ ___ ___ ___ | $ 19,593.00 |
   | 3.2. Pacific Western Bank | Checking | ___ ___ ___ ___ | $ 172,936.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1. Pacific Western Bank (payroll)  $ 27,423.00
   4.2. _____  $ _____

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $ 220,152.00

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. Deposits  $ 3,645.00
   7.2. _____  $ _____

Debtor    Allie's Party Equipment Rental, Inc._____    Case number (if known)_____
          Name

| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | | |
|---|---|---|---|

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

| 9. | **Total of Part 2.** | $ | 3,645.00 |
|---|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | | |

---

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

| 11a. 90 days old or less: | _____ – _____ = ......➔ | | $ | 7,933.00 |
|---|---|---|---|---|
| | face amount    doubtful or uncollectible accounts | | | |
| 11b. Over 90 days old: | _____ – _____ = ......➔ | | $ | 20,124.00 |
| | face amount    doubtful or uncollectible accounts | | | |

| 12. | **Total of Part 3** | $ | 28,057.00 |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | | |

---

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** | | |

Name of fund or stock:

| 14.1. _____ | _____ | $_____ |
|---|---|---|
| 14.2. _____ | _____ | $_____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| 15.1._____ | _____% | _____ | $_____ |
| 15.2._____ | _____% | _____ | $_____ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1. _____ | _____ | $_____ |
|---|---|---|
| 16.2. _____ | _____ | $_____ |

| 17. | **Total of Part 4** | $ | 0.00 |
|---|---|---|---|
| | Add lines 14 through 16. Copy the total to line 83. | | |

---

Debtor   Allie's Party Equipment Rental, Inc. _____   Case number (if known)_____
                    Name

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ MM / DD / YYYY | | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ MM / DD / YYYY | | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ MM / DD / YYYY | | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| Plastic Table Covers MM / DD / YYYY | | $_____ | Cost | $       3,134.00 |

23. **Total of Part 5**                                                   ✓                              $       3,134.00

Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____   Valuation method_____   Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$_____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No
☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Misc. Office Furniture and Equipment | $_____ | Liquidation | $ 4,460.00 |
| 40. **Office fixtures** | | | |
| | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$_____ 4,460.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No
☑ Yes

Debtor __Allie's Party Equipment Rental, Inc._____    Case number _(if known)_____
        Name

---

| **Part 8:** | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.

   ☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 14 Trucks--See Attachment 47 | $ | Liquidation | $ 475,925.00 |
| 47.2 7 Trailers--See Attachment 47 | $ | Liquidation | $ 11,900.00 |
| 47.3 2 Forklifts--See Attachment 47 | $ | Liquidation | $ 7,500.00 |
| 47.4 1 Tractor--See Attachment 47 | $ | Liquidation | $ 17,000.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Misc. ental equip./related supplies--Attachment 50<br>(excludes office furniture and equipment) | $ | Liquidation | $ 277,176.00 |

51. **Total of Part 8.**
   Add lines 47 through 50. Copy the total to line 87.

   $ 789,501.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ☐ No

   ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ☐ No

   ☑ Yes

---

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
    - ☐ No. Go to Part 10.
    - ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 Lease 130 Los Vallecitos De Oro | Tenancy | $ | Liquidation | $ 0.00 |
| 55.2 Lease 140 Los Vallecitos De Oro | Tenancy | $ | Liquidation | $ 0.00 |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.** | | | | $ 0.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    - ☑ No
    - ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    - ☑ No
    - ☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
    - ☐ No. Go to Part 11.
    - ☑ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>Trade name | $ | Cost | $ 5,000.00 |
| 61. **Internet domain names and websites**<br>Domain name | $ | Liquidation | $ 0.00 |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill**<br>Goodwill | $ | Liquidation | $ 0.00 |
| 66. **Total of Part 10.**<br>Add lines 60 through 65. Copy the total to line 89. | | | $ 5,000.00 |

Debtor   Allie's Party Equipment Rental, Inc.                    Case number (if known)_____
              Name

---

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
   - ☑ No
   - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   - ☐ No
   - ☑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   - ☑ No
   - ☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   - ☑ No. Go to Part 12.
   - ☐ Yes. Fill in the information below.

|  |  |  | **Current value of debtor's interest** |
|---|---|---|---|

71. **Notes receivable**
   Description (include name of obligor)

   _____    _____ − _____ = → $_____
                                          Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   _____    Tax year _____   $_____
   _____    Tax year _____   $_____
   _____    Tax year _____   $_____

73. **Interests in insurance policies or annuities**

   _____                         $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   _____                         $_____

   Nature of claim       _____

   Amount requested      $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   _____                         $_____

   Nature of claim       _____

   Amount requested      $_____

76. **Trusts, equitable or future interests in property**

   _____                         $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

   _____                         $_____
   _____                         $_____

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.                  $_____ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   - ☐ No
   - ☐ Yes

---

Debtor   Allie's Party Equipment Rental, Inc. _____   Case number (if known)_____
         Name

---

**Part 12:**   **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 220,152.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 3,645.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 28,057.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 3,134.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 4,460.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 789,501.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................ → | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 5,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 1,055,520.00 + 91b. | $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...........................................................................   $ 1,055,520.00

---

**Fill in this information to identify the case:**

Debtor name  Allie's Party Equipment Rental, Inc.

United States Bankruptcy Court for the:  SOUTHERN _____ District of CA _____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**

Creditor's name
 Ally Bank

Creditor's mailing address
 P.O. Box 9001948
 Louisville, KY 40290

Creditor's email address, if known
 _____

Date debt was incurred   2020
Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
 _____
 _____

Describe debtor's property that is subject to a lien
 2020 Ford F 250
 _____
 _____

Describe the lien
 Security interest

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$     41,000.00     $     45,000.00

**2.2**

Creditor's name
 First Citizens Bank

Creditor's mailing address
 360 West Grand Ave.
 Escondido, CA 92025

Creditor's email address, if known
 _____

Date debt was incurred   2018
Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
 2017 Hino Truck #50
 _____
 _____

Describe the lien
 Security interest

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$     28,000.00     $     35,000.00

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$   503,900.00

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral that supports this claim |
| | | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.

**2.3** 

**Creditor's name**

First Citizens Bank

**Creditor's mailing address**

360 West Grand Ave.

Escondido, CA 92025

**Creditor's email address, if known**

Date debt was incurred    2018

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Three 2019 Hino Trucks #51, #52, #52

$ 93,000.00     $ 156,000.00

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**2.4**

**Creditor's name**

First Citizens Bank

**Creditor's mailing address**

360 West Grand Ave.

Escondido, CA 92025

**Creditor's email address, if known**

Date debt was incurred    2018

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2017 Ford F450 Truck # 54

$ 26,000.00     $ 46,000.00

**Describe the lien**
Security interest

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Part 1: | Additional Page | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

### 2.5

**Creditor's name**

First Citizens Bank

**Creditor's mailing address**

360 West Grand Ave.

Escondido, CA 92025

**Creditor's email address, if known**

**Date debt was incurred** 2017

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [x] Yes. Have you already specified the relative priority?
  - [x] No. Specify each creditor, including this creditor, and its relative priority.
    First Citizens--1st
    SBA (EIDL loan)--2nd
  - [ ] Yes. The relative priority of creditors is specified on lines ___

**Describe debtor's property that is subject to a lien**

Rental Equipment (portion)

**Describe the lien**
Security interest

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [x] No
- [ ] Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 53,000.00    $ 53,000.00

### 2.6

**Creditor's name**

First Citizens Bank

**Creditor's mailing address**

360 West Grand Ave.

Escondido, CA 92025

**Creditor's email address, if known**

**Date debt was incurred** 2018

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [x] Yes. Have you already specified the relative priority?
  - [x] No. Specify each creditor, including this creditor, and its relative priority.
    First Citizens-1st
    SBA (EIDL loan)--2nd
  - [ ] Yes. The relative priority of creditors is specified on lines ___

**Describe debtor's property that is subject to a lien**

Rental Equipment (portion)

**Describe the lien**
Security interest

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [x] No
- [ ] Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 16,000.00    $ 16,000.00

| **Part 1:** **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.

---

**2.7** **Creditor's name**

First Citizens Bank

**Creditor's mailing address**

360 West Grand Ave.

Escondido, CA 92025

**Creditor's email address, if known**

Date debt was incurred ___2018___

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.<br>     First Citizens--1st<br>     SBA (EIDL loan)--2nd

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Rental Equipment (portion)

$___19,000.00___  $___19,000.00___

**Describe the lien**
Security interest

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.8** **Creditor's name**

John Deere Financial

**Creditor's mailing address**

P.O. Box 4450

Carol Stream, IL 60197

**Creditor's email address, if known**

Date debt was incurred ___2017___

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2032R Tractor

$___7,600.00___  $___17,000.00___

**Describe the lien**
Security interest

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral**<br>that supports this claim |
| --- | --- | --- | --- |

Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.

**2.9 Creditor's name**

Toyota Commercial Finance

**Creditor's mailing address**

P.O. Box 660926

Dallas, TX 75266

**Creditor's email address, if known**

**Date debt was incurred** 2016
**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2016 Hino Model 195H Truck # 47    $ 7,300.00  $ 28,000.00

**Describe the lien**
Security interest

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.10 Creditor's name**

Toyota Commercial Finance

**Creditor's mailing address**

P.O. Box 660926

Dallas, TX 75266

**Creditor's email address, if known**

**Date debt was incurred** 2017
**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2017 Hino Model 268A Truck # 49    $ 19,000.00  $ 45,000.00

**Describe the lien**
Security interest

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor  Allie's Party Equipment Rental, Inc.
Name

| Part 1: | **Additional Page** | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.11 Creditor's name**

Toyota Financial Services

**Creditor's mailing address**

P.O. Box 5855
Carol Stream, IL 60197

**Creditor's email address, if known**

**Date debt was incurred**  2020

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2020 Toyota Tundra                            $  44,000.00    $  34,000.00

**Describe the lien**
Security interest

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.12 Creditor's name**

U.S Small Business Administration

**Creditor's mailing address**

SBA Disaster Loan, 1545 Hawkins
Blvd., Ste. 202, El Paso, TX 79925

**Creditor's email address, if known**

**Date debt was incurred**  2020

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

☑ No. Specify each creditor, including this creditor, and its relative priority.
First Citizens--1st
SBA (EIDL loan)--2nd

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All of Debtor's Tangible and Intangible       $  150,000.00   $  793,960.85
Personal Property

**Describe the lien**
Security interest for EIDL loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 6 of 6

**Fill in this information to identify the case:**

Debtor     Allie's Party Equipment Rental, Inc.

United States Bankruptcy Court for the: SOUTHERN     District of CA
                                                     (State)

Case number
(If known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1** | **Priority creditor's name and mailing address**

_____
_____
_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:** $ _____
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ _____

---

**2.2** | **Priority creditor's name and mailing address**

_____
_____
_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (qqqqq)

**As of the petition filing date, the claim is:** $ _____
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ _____

---

**2.3** | **Priority creditor's name and mailing address**

_____
_____
_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:** $ _____
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ _____

Case 2:80-bk-43091    Filed 04/30/21    Entered 04/30/21 16:08:53    Doc 1    Pg. 25 of 62

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| | | |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address** <br> F. Flores, B. Zamora, A. Williams, & all others <br><br> similarly situated, c/o Patrick Nellies, Esq. <br> 5820 Oberlin Dr. # 110, San Diego, CA 92121 <br><br> Date or dates debt was incurred _____Misc._____ <br> Last 4 digits of account number ___ ___ ___ ___ | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** Wage & hour claims <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | $ 3,500,000.00 |
| **3.2** | **Nonpriority creditor's name and mailing address** <br> First Citizens Bank & Trust Co. <br><br> P.O. Box 25187  Attn:  DAC 36 <br> Raleigh, NC 27611 <br><br> Date or dates debt was incurred _____2021_____ <br> Last 4 digits of account number ___ ___ ___ ___ | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Line of credit <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | $ 40,000.00 |
| **3.3** | **Nonpriority creditor's name and mailing address** <br> First-Citizens Bank & Trust Co. <br><br> Attn:  SBA Loan Operations <br> 100 E. Tryon Rd., DAC 90, Raleigh, NC 27603 <br><br> Date or dates debt was incurred _____2020-21_____ <br> Last 4 digits of account number ___ ___ ___ ___ | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** SBA PPP loans <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | $ 679,800.00 |
| **3.4** | **Nonpriority creditor's name and mailing address** <br> GenMyk, LLC <br><br> 130 Vallecitos De Oro <br> San Marcos, CA 92069 <br><br> Date or dates debt was incurred _____2019_____ <br> Last 4 digits of account number ___ ___ ___ ___ | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☑ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Real property lease <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | $ 154,500.00 |
| **3.5** | **Nonpriority creditor's name and mailing address** <br> N & B Enterprises, LLC <br><br> 130 Vallecitos De Oro <br> San Marcos, CA 92069 <br><br> Date or dates debt was incurred _____2019_____ <br> Last 4 digits of account number ___ ___ ___ ___ | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☑ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Real property lease <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | $ 256,980.00 |
| **3.6** | **Nonpriority creditor's name and mailing address** <br> JS MCA Hunter Park LP <br><br> c/o MCA Property Management Inc. <br> 1600 Chicago Ave., Ste. R-1, Riverside, CA 92507 <br><br> Date or dates debt was incurred _____2021_____ <br> Last 4 digits of account number ___ ___ ___ ___ | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Storage facility lease <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | $ 7,894.00 |

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Patrick N. Keegan, Esq.<br>2292 Faraday Ave. Ste. 100<br>Carlsbad, CA 92009 | Line _3.1_<br>❑ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Davis, Pickren, Seydel & Sneed, Attn: J. Bradford Simpson<br>285 Peachtree Center Ave. NE, Ste. 2300<br>Atlanta, GA 30303 | Line _3.3_<br>❑ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | SEE ATTACHMENT 4.3--employees and/or former<br>employees. Notice Only. | Line ____<br>☑ Not listed. Explain _Notice only._ | __ __ __ __ |
| 4.4. | | Line ____<br>❑ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | | Line ____<br>❑ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | | Line ____<br>❑ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | | Line ____<br>❑ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | | Line ____<br>❑ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | | Line ____<br>❑ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | | Line ____<br>❑ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | | Line ____<br>❑ Not listed. Explain _____ | __ __ __ __ |
| 4.12. | | Line ____<br>❑ Not listed. Explain _____ | __ __ __ __ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
| --- | --- | --- |
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 4,639,174.00 |
| 5c. **Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $ 4,639,174.00 |

**Fill in this information to identify the case:**

Debtor name __Allie's Party Equipment Rental, Inc.__

United States Bankruptcy Court for the: __SOUTHERN__    District of __CA__
(State)

Case number (If known): _____    Chapter __11__

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**  |  **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for 130 Vallecitos de Oro | N & B Enterprises, LLC<br>130 Vallecitos De Oro<br>San Marcos, CA 92069 |
| | **State the term remaining** | Lease ends 12/31/2022 | |
| | **List the contract number of any government contract** | | |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease 140 Vallecitos de Oro | GenMyk, LLC<br>130 Vallecitos De Oro<br>San Marcos, CA 92069 |
| | **State the term remaining** | Lease ends 12/31/2022 | |
| | **List the contract number of any government contract** | | |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** | Storage Facility Lease Chicago Avenue, Riverside | JS MCS Hunter Park LP<br>c/o MCA Property Management Inc.<br>1600 Chicago Avenue, Ste. R-1<br>Riverside, CA 92507 |
| | **State the term remaining** | month-to-month | |
| | **List the contract number of any government contract** | | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name    Allie's Party Equipment Rental, Inc.

United States Bankruptcy Court for the: SOUTHERN          District of CA
                                                                (State)

Case number: (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** / **Mailing address** | | **Name** | **Check all schedules that apply:** |
| 2.1 Michael Nicholson | 130 Vallecitos De Oro<br>Street<br><br>San Marcos    CA    92069<br>City    State    ZIP Code | First Citizens | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

# ATTACHMENT 4.3

| Last Name | First Name | Middle Name | Street Address | Street Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ABOUNI | RUMIANA | Y | 821 NORDHAL RD. | # A | SAN MARCOS | CA | 92069 |
| ADAME VEGA | JORGE | ANTONIO | 2505 CORBEL WAY | | SAN MARCOS | CA | 92078 |
| ALECIO LOPEZ | ERNESTO | | 919 WELLPOTT PLACE | | VISTA | CA | 92084 |
| ALVAREZ | OSCAR | | 1838 THIBODO RD | APT 104 | VISTA | CA | 92081 |
| AWE | ALICIA | KAY | 2092 RIDGELINE AVE | | VISTA | CA | 92081 |
| BECERRA | RENE | ANGEL | 1532 MONTIELRD | | ESCONDIDO | CA | 92026 |
| CADENA | ARMANDO | DAVID | 820 SYCAMORE AVE | APT. 159 | VISTA | CA | 92081 |
| CARRINE | CHRISTOPHER | JACOB | 345 W EL NORTE PARKWAY | # 212 | ESCONDIDO | CA | 92026 |
| CASTRO | JOSE | | 802 N OLANDER PL | | ESCONDIDO | CA | 92027 |
| DIAZ | JOHN | ANTHONY | 965 W. LINCOLN AVE | # C23 | ESCONDIDO | CA | 92026 |
| ELDER | BRANDON | SCOTT | 12817 JULIAN AVE | | LAKESIDE | CA | 92040 |
| ENRIQUEZ | LOUIS | ENRIQUE | 635 ONLEY DR. | | VISTA | CA | 92083 |
| ESPINOZA | NELDA | YANIRA | 1638 CALAVO ROAD | SPACE #1 | FALLBROOK | CA | 92028 |
| FRAGA | DIANA | | 1826 LORETO GLEN | | ESCONDIDO | CA | 92027 |
| GABRIEL | TYLER | CLARKE | 1283 AVENIDA FRAGATA | | SAN MARCOS | CA | 92069 |
| GARZA | RICARDO | | 723 N MIDWAY ST | | ESCONDIDO | CA | 92027 |
| GOMEZ | CESAREO | L | 375 LA MESA AVE | | ENCINITAS | CA | 92024 |
| GOMEZ | GLORIA | J | 375 LA MESA AVE | | ENCINITAS | CA | 92024 |
| GORETTI | CYNTHIA | MAE | 1715 Manchester Place | | ESCONDIDO | CA | 92027 |
| GUEVARA | MARTIN | | 1572 N BROADWAY | APT C | ESCONDIDO | CA | 92026 |
| GUILLEN | ISAAC | | 6929 MORNINGSIDE AVE | | RIVERSIDE | CA | 92504 |
| HERNANDEZ DE RU | LETICIA | | P.O. BOX 13 | | ESCONDIDO | CA | 92033 |
| HOLEMO | JEFFREY | LEROY | 140 S MERCEDES RD | | FALLBROOK | CA | 92028 |
| HOLEMO | MICHAEL | PAUL | 1044 JESSICA LANE | | ESCONDIDO | CA | 92027 |
| HUSTED | BRIAN | PATRICK | 852 AVENIDA RICARDO | APT 313 | SAN MARCOS | CA | 92069 |
| INFANTE | LETICIA | | 2215 MEDFORD PLACE | | ESCONDIDO | CA | 92027 |
| INFANTE | MARIO | OMAR | 2215 MEDFORD PLACE | | ESCONDIDO | CA | 92027 |
| KIEU | LOC | P | 1150 HOOVER ST | | ESCONDIDO | CA | 92027 |
| LARSON | JARED | | 308 CAMINO CALAFIA | | SAN MARCOS | CA | 92069 |
| LARSON | ZACHARY | DEAN | 308 CAMINO CALAFIA | | SAN MARCOS | CA | 92069 |
| LEMUS GONZALEZ | RIGOBERTO | | 425 N. HICKORY | B205 | ESCONDIDO | CA | 92025 |
| LEMUS MARTINEZ | JUAN | L | 223 HOLLENBECK RD | | SAN MARCOS | CA | 92069 |
| LEMUS | ALFREDO | ROSALES | 2700 E. VALLEY PARKWAY | # 286 | ESCONDIDO | CA | 92027 |
| LEMUZ ROSALES | ARMANDO | | 1530 E EL NORTE PARKWAY | SPC 44 | ESCONDIDO | CA | 92027 |
| LUCIO C | MARIA | CRUZ | 169 AVENIDA CHAPALA | | SAN MARCOS | CA | 92069 |
| MARTINEZ AMBRI | DANIEL | | 25838 HOMELAND AVE | | HOMELAND | CA | 92548 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MARTINEZ LEMUS | JOSE | LUIS | 608 RICHMAR AVE | #12 | SAN MARCOS | CA | 92069 |
| MARTINEZ | CRISTOBALITO | CRUZ | 451 AUTUMN DR | APT 5 | SAN MARCOS | CA | 92069 |
| MONTESINOS | CECILIA | | 4831 CLAIRE DR | | OCEANSIDE | CA | 92057 |
| NICHOLSON | JENNIFER | | 32088 TALIESIN WAY | | BONSALL | CA | 92003 |
| NICHOLSON | MICHAEL | | 32088 TALIESIN WAY | | BONSALL | CA | 92003 |
| NICHOLSON | SPENCER | MICHAEL | 32088 TALIESIN WAY | | BONSALL | CA | 92003 |
| NICHOLSON | THOMAS | TERRY | 1075 LA REINA DR | | SAN MARCOS | CA | 92078 |
| PONCE JACOME | OBED | | 571 LARCHWOOD DR | | SAN MARCOS | CA | 92069 |
| RAYMUNDO | ARMANDO | | 150 S RANCHO SANTA FE | #77 | SAN MARCOS | CA | 92078 |
| RICHARDS | TIM | RAY | 999 S. SANTA FE AVE | SP # 88 | SAN JACINTO | CA | 92583 |
| ROBERTS | REGINA | | 250 KNOLL RD | APT 101 | SAN MARCOS | CA | 92069 |
| VIELMA | CARMELO | | 1142 N. BROADWAY | APT. # 6 | ESCONDIDO | CA | 92026 |
| WHITEHURST | MARVIN | | 520 SANDALWOOD PL | UNIT 14 | ESCONDIDO | CA | 92027 |
| WILLIAMS | ARTHUR | LEE | 1911 BUSH ST. | C 117 | OCEANSIDE | CA | 92058 |

# ATTACHMENT 47

## Appendix A -  Detail Listing of Equipment

**Mr. Michael Nicholson, 130 Vallecitos De Oro, San Marcos, CA 92069**

Inspected:    2/18/2021

| Truck #: | Make: | Year | Model: | License # | VIN: | Mileage | Forced Liquidation Vale |
|---|---|---|---|---|---|---|---|
| 27 | Mitsubishi | 2007 | FM 61 F | 8M23187 | JL6DGP1E07K020061 | 167945 | $3,500.00 |
| 43 | Ford | 2012 | F-550 | 94016M1 | 1FDUF5GT3CEC46637 | 79165 | $18,000.00 |
| 44 | Isuzu | 2014 | npr | 43103R1 | JALC4W166E7001674 | 121799 | $12,500.00 |
| 45 | Hino | 2015 | 720 | 66084P1 | JHHRPM2H0FK001155 | 125209 | $22,000.00 |
| 47 | Hino | 2016 | 720 | 15370C2 | JHHRPM2H5GK001427 | 80397 | $28,000.00 |
| 49 | Hino | 2017 | 268 | 76269F2 | 5PVNJ8JV4H4S66623 | 53631 | $45,000.00 |
| 50 | Hino | 2017 | 740 | 96456K2 | JHHSPM2H7HK001982 | 53458 | $35,000.00 |
| 51 | Hino | 2019 | 268 | 43933M2 | 5PVNJ8JV1K4S72323 | 36008 | $50,000.00 |
| 52 | Hino | 2019 | 268 | 44658M2 | 5PVNJ8JV3K4S72324 | 24413 | $53,000.00 |
| 53 | Hino | 2019 | 268 | 44661M2 | 5PVNJ8JV9K4S72327 | 25420 | $53,000.00 |
| 54 | Ford | 2017 | F450 | 37641J2 | 1FT8W4DT7HEE03419 | 50100 | $46,000.00 |
| 55 | Ford | 2019 | F150 | 03553U2 | 1FTEW1E49KKC03871 | 22249 | $32,000.00 |
| 57 | Ford | 2020 | F250 | 15302Y2 | 1FT7W2BT7LED50006 | 12350 | $43,675.00 |
| 58 | Toyota | 2020 | Tundra | 67441A3 | 5TFCY5F19LX026840 | 13186 | $34,250.00 |
| | | | | | | | |
| Trailer | Make | Year | Model | License # | VIN | | |
| 1 | SPNCS | 1999 | PR | 4BU6729 | CA626502 | | $800.00 |
| 2 | CARSN | 2007 | UTIL | 4HD7685 | 4HXLS12237C120783 | | $1,500.00 |
| 3 | CARSO | 2004 | DMP | 4ES1879 | 4HXDT122X4C068887 | | stolen |
| 4 | PACEA | 2002 | UTIL | 4AZ5826 | 4OLUB24222P081171 | | $800.00 |
| 5 | CARSO | 2004 | UTIL | 4EW6636 | 4HXSU16204C071151 | | $1,000.00 |

## Appendix A -  Detail Listing of Equipment

**Mr. Michael Nicholson, 130 Vallecitos De Oro, San Marcos, CA 92069**

Inspected:    2/18/2021

| Truck #: | Make: | Year | Model: | License # | VIN: | Mileage | Forced Liquidation Vale |
|---|---|---|---|---|---|---|---|
| 6 | AZTEK | 2000 | UTIL | 1HZ7665 | 4ZBUE016XYK000960 | | $2,500.00 |
| 7 | ALAKE | 1974 | CARRIER | TC9385 | 1917 | | $300.00 |
| 8 | ECONL | 2015 | CARRIER | 4NZ3125 | 42EPPHL3XG1000145 | | $5,000.00 |
| | | | | | | | |
| **Forklift** | **Make** | **Year** | **Model** | **License #** | **Serial Number** | | |
| 1 | KOMATSU | | FG15ST-16 | | 650537A | | $3,500.00 |
| 2 | TOYOTA | | 42-6FGCU15 | | 68256 | | $4,000.00 |
| | | | | | | | |
| **Dunk Tank** | **Make** | **Year** | **Model** | **License #** | **Serial Number** | | |
| 1 | SPCNS | 2007 | SPMBL | SE581957 | CA1053681 | | incl in other report |
| 2 | SPCNS | 2007 | SPMBL | SE581958 | CA1053679 | | |
| 3 | SPCNS | 2007 | SPMBL | SE581959 | CA1053680 | | |
| | | | | | | | |
| **Tractor** | **Make** | **Year** | **Model** | **License #** | **Serial Number** | | |
| 1 | JOHN DEERE | | 2032R COMPACT | | 1LV2032RHHH1026000 | | $17,000.00 |

2/18/2021

_____

Jeff Bloom, GPPA                                        $512,325.00
(s) *Jeff Bloom*

# ATTACHMENT 50

## Appendix A - Detail Listing of Equipment

**Mr. Michael Nicholson, 130 Vallecitos De Oro, San Marcos, CA 92069**

Inspected:        2/18/2021

| QTY | Description | Forced Liquidation Vale |
|-----|-------------|------------------------:|
| | Banjo/Velour Drapes Inventory | $4,403.00 |
| | Polyester Linen Inventory | $19,143.50 |
| | Specialty Linen Inventory | $3,593.00 |
| | Rental Equipment Inventory | $250,036.35 |
| | Office Furniture and Equipment | $4,460.00 |

2/18/2021

Jeff Bloom, GPPA        $281,635.85
(s) *Jeff Bloom*

**Fill in this information to identify the case:**

Debtor name  Allie's Party Equipment Rental, Inc.

United States Bankruptcy Court for the: SOUTHERN         District of CA
                                                                    (State)

Case number (If known): _____

❑ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

❑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2021<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>❑ Other _____ | $ 162,205.00 |
| **For prior year:** | From 01/01/2020<br>MM / DD / YYYY | to | 12/31/2020<br>MM / DD / YYYY | ☑ Operating a business<br>❑ Other _____ | $ 1,084,677.00 |
| **For the year before that:** | From 01/01/2019<br>MM / DD / YYYY | to | 12/31/2019<br>MM / DD / YYYY | ☑ Operating a business<br>❑ Other _____ | $ 3,790,817.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From<br>MM / DD / YYYY | to | Filing date | _____ | $_____ |
| **For prior year:** | From<br>MM / DD / YYYY | to | MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From<br>MM / DD / YYYY | to | MM / DD / YYYY | _____ | $_____ |

Debtor ___Allie's Party Equipment Rental, Inc.___    Case number (if known)_____
         Name

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❏ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **SEE ATTACHMENT SOFA 3**<br>Creditor's name<br><br>Street<br><br>City    State    ZIP Code | _____ | $_____ | ❏ Secured debt<br>❏ Unsecured loan repayments<br>❏ Suppliers or vendors<br>❏ Services<br>❏ Other _____ |
| 3.2. _____<br>Creditor's name<br><br>Street<br><br>City    State    ZIP Code | _____ | $_____ | ❏ Secured debt<br>❏ Unsecured loan repayments<br>❏ Suppliers or vendors<br>❏ Services<br>❏ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

❏ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Michael Nicholson**<br>Insider's name<br>**130 Vallecitos De Oro**<br>Street<br><br>**San Marcos**    **CA**    **92069**<br>City    State    ZIP Code<br><br>**Relationship to debtor**<br>**President / Owner** | _various_ | $ __46,067.00__ | Compensation |
| 4.2. **Alice Baumeister**<br>Insider's name<br>**1075 La Reina Drive**<br>Street<br><br>**San Marcos**    **CA**    **92078**<br>City    State    ZIP Code<br><br>**Relationship to debtor**<br>**Mr. Nicholson's mother** | _various_ | $ __51,845.00__ | Compensation to Michael Nicholson,<br>payments sent to recipient at Mr.<br>Nicholson's request |

Debtor    Allie's Party Equipment Rental, Inc.        Case number (if known)_____

Name

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City   State   ZIP Code | | | |
| 5.2. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City   State   ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | Creditor's name | | | $_____ |
| | Street | | | |
| | City   State   ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

---

## Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Flores v. Allie's Party Equip. | Wage & hour class action | San Diego Superior Court<br>Name<br>325 South Melrose Dr.<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>37-2017-00003817-cu-oe-nc | | Vista    CA    92081<br>City   State   ZIP Code | |
| 7.2. | **Case title**<br>_____ | _____ | Court or agency's name and address<br>_____<br>Name<br>_____<br>Street<br>_____<br>City   State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

---

Debtor     Allie's Party Equipment Rental, Inc.     Case number (if known)_____
                    Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | Case title | Court name and address |
| Street | | |
| | Case number | Name |
| City          State          ZIP Code | | Street |
| | Date of order or assignment | City          State          ZIP Code |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Recipient's name | | | $_____ |
| | Street | | | |
| | City          State          ZIP Code | | | |
| | Recipient's relationship to debtor | | | |
| 9.2. | Recipient's name | | | $_____ |
| | Street | | | |
| | City          State          ZIP Code | | | |
| | Recipient's relationship to debtor | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| Trailer stolen | $0.00 | 11/2020 | $ 9,000.00 |

Debtor __Allie's Party Equipment Rental, Inc._____     Case number (if known)_____
           Name

---

| Part 6: | Certain Payments or Transfers |

### 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. Curry Advisors | | Misc. | $ 44,627.50 |
| **Address** | | | |
| 185 West F Street, Ste. 100<br>Street | | | |
| San Diego        CA      92101<br>City              State    ZIP Code | | | |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. | | | $ |
| **Address** | | | |
| Street | | | |
| City              State    ZIP Code | | | |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| Trustee | | | |

---

Debtor     Allie's Party Equipment Rental, Inc.                          Case number (if known)_____
                     Name

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | | | | $_____ |
| | **Address** | | | |
| | Street | | | |
| | City          State          ZIP Code | | | |
| | **Relationship to debtor** | | | |
| 13.2. | Who received transfer? | | | $_____ |
| | **Address** | | | |
| | Street | | | |
| | City          State          ZIP Code | | | |
| | **Relationship to debtor** | | | |

### Part 7:     Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | Street | From _____ | To _____ |
| | City          State          ZIP Code | | |
| 14.2. | Street | From _____ | To _____ |
| | City          State          ZIP Code | | |

Debtor ___Allie's Party Equipment Rental, Inc._____   Case number (if known)_____
        Name

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
|---|---|---|
| **15.1.** _____<br>Facility name | | |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:* |
| _____<br>City      State      ZIP Code | | ☐ Electronically<br>☐ Paper |

| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
|---|---|---|
| **15.2.** _____<br>Facility name | | |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:* |
| _____<br>City      State      ZIP Code | | ☐ Electronically<br>☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained. _____

    Does the debtor have a privacy policy about that information?
    ☐ No
    ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.
    ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Allie's Party Equipment Rental Inc. Profit Sharing | EIN: 3  3 _ 0  7  8  5  4  8  8 |

    Has the plan been terminated?
    ☐ No
    ☑ Yes

---

Debtor    Allie's Party Equipment Rental, Inc.                    Case number *(if known)*_____
               Name

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| | _____ Street | | | | |
| | _____ | | | | |
| | City     State     ZIP Code | | | | |
| 18.2. | _____ Name | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| | _____ Street | | | | |
| | _____ | | | | |
| | City     State     ZIP Code | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name | _____ | m _____ | ☐ No ☐ Yes |
| _____ Street | _____ | _____ | |
| _____ City     State     ZIP Code | **Address** _____ _____ | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| JS MCA Hunter Park, LP Name 1760 Chicago Ave., Unit K-9 Street | Michael B. Nicholson _____ _____ | Misc. Rental Equipment _____ _____ | ☐ No ☑ Yes |
| Riverside    CA    92507 City     State     ZIP Code | **Address** 130 Vallecitos De Oro San Marcos, CA 92069 | | |

---

Debtor      Allie's Party Equipment Rental, Inc.                      Case number *(if known)*_____
                  Name

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
❑ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ❑ Pending |
| Case number | Name | | ❑ On appeal |
| | Street | | ❑ Concluded |
| | City          State          ZIP Code | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
❑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

Debtor      Allie's Party Equipment Rental, Inc.                     Case number *(if known)*_____
                    Name

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City     State     ZIP Code | City     State     ZIP Code | | |

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. <br>Name<br>Street<br>City     State     ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __ __ __<br>**Dates business existed**<br><br>From _____   To _____ |
| 25.2. <br>Name<br>Street<br>City     State     ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __ __ __<br>**Dates business existed**<br><br>From _____   To _____ |
| 25.3. <br>Name<br>Street<br>City     State     ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __ __ __<br>**Dates business existed**<br><br>From _____   To _____ |

---

Debtor ___ Allie's Party Equipment Rental, Inc. _____     Case number (if known)_____
                    Name

---

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

❑ None

| Name and address | | | Dates of service |
|---|---|---|---|
| 26a.1. Leticia Infante | | | From __2000__   To __2021__ |
| Name | | | |
| 130 Vallecitos De Oro | | | |
| Street | | | |
| San Marcos | CA | 92069 | |
| City | State | ZIP Code | |

| Name and address | | | Dates of service |
|---|---|---|---|
| 26a.2. | | | From _____   To _____ |
| Name | | | |
| Street | | | |
| City | State | ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | | | Dates of service |
|---|---|---|---|
| 26b.1. | | | From _____   To _____ |
| Name | | | |
| Street | | | |
| City | State | ZIP Code | |

| Name and address | | | Dates of service |
|---|---|---|---|
| 26b.2. | | | From _____   To _____ |
| Name | | | |
| Street | | | |
| City | State | ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

❑ None

| Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|
| 26c.1. Debtor | | | |
| Name | | | |
| Street | | | |
| City | State | ZIP Code | |

---

Debtor    Allie's Party Equipment Rental, Inc.                                    Case number *(if known)*_____
          Name

| Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|
| 26c.2. | | | |
| Name | | | |
| | | | |
| Street | | | |
| | | | |
| City | State | ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | | |
|---|---|---|
| **26d.1.** First Citizens Bank | | |
| Name | | |
| 360 West Grand Ave. | | |
| Street | | |
| | | |
| Escondido | CA | 92025 |
| City | State | ZIP Code |

| Name and address | | |
|---|---|---|
| **26d.2.** U.S. Small Business Administration | | |
| Name | | |
| | | |
| Street | | |
| 1545 Hawkins Blvd., Ste. 202 | | |
| El Paso | TX | 79925 |
| City | State | ZIP Code |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|
| 27.1. | | |
| Name | | |
| | | |
| Street | | |
| | | |
| City | State | ZIP Code |

Debtor    Allie's Party Equipment Rental, Inc.    Case number *(if known)*_____
          Name

| Name of the person who supervised the taking of the inventory | | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| | | _____ | $_____ |
| **Name and address of the person who has possession of inventory records** | | | |
| 27.2. | | | |
| Name | | | |
| Street | | | |
| City | State | ZIP Code | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Nicholson | 130 Vallecitos De Oro | President, shareholder | 100 |
| | San Marco, CA 92069 | | |
| | | | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | | | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|---|
| 30.1. Michael Nicholson | | | $46,067 | various | Compensation |
| Name | | | | | |
| Street | | | | _____ | |
| 130 Vallecitos De Oro | | | | | |
| San Marcos | CA | 92069 | | _____ | |
| City | State | ZIP Code | | | |
| **Relationship to debtor** | | | | _____ | |
| President / Owner | | | | | |

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 13

Debtor   Allie's Party Equipment Rental, Inc.                          Case number (if known)
         Name

| Name and address of recipient | $51,845 | various | Compensation to Michael Nicholson |
|---|---|---|---|
| 30.2 Alice Baumeister | | | |
| Name | | | |
| Street | | | |
| 130 Vallecitos De Oro | | | |
| San Marcos                 CA          92069 | | | |
| City                       State       ZIP Code | | | |
| Relationship to debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ - __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ - __ __ __ __ __ __ __ |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     04/27/2021
                MM  / DD  / YYYY

**x** _/s/ Michael B. Nicholson_                          Printed name  Michael B. Nicholson
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   President

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☐ No

☐ Yes

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page 14

# ATTACHMENT SOFA 3

**Account QuickReport**

| Type | Date | Num | Name / Purpose | Memo | Amount | Name | Address | |
|---|---|---|---|---|---|---|---|---|
| Check | 01/08/2021 | 5381 | A.R.A. Insurance Services--Business & Auto Insurance | ALCA016000 | -6,904.73 | A.R.A Insurance Services | 102 NW Parkway | Kansas City, MO 64150 |
| Check | 02/04/2021 | 23983 | A.R.A. Insurance Services--Business & Auto Insurance | Invoice # 98277 | -3,465.14 | | | |
| Check | 03/03/2021 | 24027 | A.R.A. Insurance Services--Business & Auto Insurance | Invoice # 98278 | -3,454.58 | | | |
| Check | 04/05/2021 | 24064 | A.R.A. Insurance Services- Business & Auto Insurance | Invoice # 98279 | -3,454.58 | | | |
| Check | 01/11/2021 | 23975 | AFLAC--Voluntary Insurance | Account Number: DN418 | -355.84 | AFLAC Attn: Remittance Processing Service | 1932 Wynnton Rd | Columbus, Georgia 31999-0797 |
| Check | 02/08/2021 | 23992 | AFLAC--Voluntary Insurance | Account Number: DN418 | -248.74 | | | |
| Check | 03/10/2021 | 24033 | AFLAC--Voluntary Insurance | Account Number: DN418 | -248.74 | | | |
| Check | 04/05/2021 | 24063 | AFLAC--Voluntary Insurance | Account Number: DN418 | -248.74 | | | |
| Check | 02/05/2021 | | Ally--Vehicle Loan | Agreement Number: 227956654880 | -909.06 | Payment Processing Center | P.O. BOX 9001948 | Louisville, KY 40290-1948 |
| Check | 02/16/2021 | 24010 | Ally--Vehicle Loan | Agreement Number: 227956654880 | -909.06 | | | |
| Check | 04/16/2021 | 24086 | Butler Chemicals, Inc.--Supplies | Invoice # 5915-30 | -88.95 | Butler Chemicals, Inc | 3070 E. Ceena CT | Anaheim, CA 92806 |
| Check | 03/27/2021 | 24056 | Bay Alarm Company--Fire Alarm Maintenance | Service Invoice#s3538687 | -115.00 | Bay Alarm Company | 8205 Ronson Rd. Suite F | San Diego, CA 92111 |
| Check | 01/15/2021 | 5386 | Briggs Law Corporation--Legal | Client Number: 102.06 | -175.00 | Briggs Law Corporation | 99 East "C" Street, Suite 111 | Upland, CA 91786 |
| Check | 02/19/2021 | 24015 | Briggs Law Corporation--Legal | Client Number: 102.06 | -1,785.00 | | | |
| Check | 03/09/2021 | 24032 | Briggs Law Corporation--Legal | Client Number: 102.06 | -20,377.00 | | | |
| Check | 03/05/2021 | 24031 | California Department of Tax and Fee A-- Sales Tax Payment | Account Number 097-189038 | -3,091.00 | California Department of Tax and Fee A | P.O. Box 942879 | Sacramento, CA 94279-3535 |
| Check | 02/02/2021 | 23981 | Chase Card Services--Credit card | XXXX-XXXX-XXXX-5906 | -4,887.42 | Cardmember Service | PO BOX 6294 | Carol Stream, IL 60197-6294 |
| Check | 03/03/2021 | 24028 | Chase Card Services--Credit card | XXXX-XXXX-XXXX-5906 | -6,180.48 | | | |
| Check | 04/05/2021 | 24062 | Chase Card Services--Credit card | XXXX-XXXX-XXXX-5906 | -4,827.35 | | | |
| Check | 01/15/2021 | 5384 | Choice Builders--Dental & Vision Insurance | Group Number  B02421 | -235.24 | Choice Builders | P.O. BOX 7405 | Orange, CA 92863-7405 |
| Check | 02/16/2021 | 24005 | Choice Builders-- Dental & Vison Insurance | Group Number: B02421 | -235.24 | | | |
| Check | 03/15/2021 | 24045 | Choice Builders-- Dental & Vision Insurance | Group Number: B02421 | -235.24 | | | |
| Check | 04/12/2021 | 24076 | Choice Builders-- Dental & Vision Insurance | Group Number: B02421 | -235.24 | | | |
| Check | 01/06/2021 | 23973 | City of Temecula--Business License | Business License Number: 026291 | -39.00 | City of Temecula | 41000 Main Street | Temecula, CA 92590 |
| Check | 02/12/2021 | 24002 | Costco Membership | Member Number: 000111893643260 | -60.00 | Costco Membership | PO BOX 34783 | Seattle, WA 98124-1783 |
| Check | 01/22/2021 | 23978 | Curry Advisors, A Professional Law Corp.--Legal | | -1,465.00 | | 185 West F Street, Ste. 100, San Diego, CA 92101 | |
| Check | 02/19/2021 | 24014 | Curry Advisors, A Professional Law Corp.--Legal | | -697.50 | | | |
| Check | 03/22/2021 | 24051 | Curry Advisors, A Professional Law Corp.--Legal | | -465.00 | | | |
| Check | 04/08/2021 | | Department of Motor Vehicles--Permit | Motor Carrier Permit Renewal CA# 01964 | -287.00 | Department of Motor Vehicles | P.O. Box 932370    MS H875 | Sacramento, CA 94232-3700 |
| Check | 01/15/2021 | 5389 | DexYP--Advertising | Account Number 800379297 | -40.00 | DexYP | PO BOX 619000 | DFW AIRPORT, TX 75261-9009 |
| Check | 02/12/2021 | 23999 | DexYP--Advertising | Account Number 800524845 | -84.66 | | | |
| Check | 03/22/2021 | 24050 | DexYP--Advertising | Account Number 800379297 | -40.00 | | | |
| Check | 04/16/2021 | 24083 | DexYP--Advertising | Account Number 800379297 | -40.00 | | | |
| Check | 02/16/2021 | 24004 | DMV RENEWAL--Vehicle Registration | License Number 8PDU754 | -657.00 | DMV RENEWAL | P.O. BOX 942894 | SACRAMENTO, CA 94294-0894 |
| Check | 03/11/2021 | 24039 | DMV RENEWAL--Vehicle Registration | License Number 8PDU754 | -57.00 | | | |
| Check | 03/18/2021 | 24047 | DMV RENEWAL--Vehicle Registration | License Number 96456K2 | -950.00 | | | |
| Check | 03/22/2021 | 24053 | DMV RENEWAL--Vehicle Registration | License Number 76269F2 | -23.00 | | | |
| Check | 01/04/2021 | 5380 | Edco--Trash | | -247.64 | Edco Waste & Recycling Service | P.O. Box 5488 | Buena Park, CA 90622-5488 |
| Check | 01/15/2021 | 5383 | Edco--Trash | | -24.76 | | | |
| Check | 02/08/2021 | 23994 | Edco--Trash | | -123.82 | | | |
| Check | 03/02/2021 | 24024 | Edco--Trash | | -123.82 | | | |
| Check | 04/05/2021 | 24066 | Edco--Trash | | -123.82 | | | |
| Check | 01/04/2021 | | First Citizens Bank--debt payment | LOC Interest | -12.62 | | | |
| Check | 01/15/2021 | | First Citizens Bank--debt payment | | -901.50 | | | |
| Check | 01/19/2021 | | First Citizens Bank--debt payment | | -653.40 | | | |
| Check | 01/19/2021 | | First Citizens Bank--debt payment | | -588.45 | | | |
| Check | 01/19/2021 | | First Citizens Bank--debt payment | | -1,214.93 | | | |
| Check | 01/19/2021 | | First Citizens Bank--debt payment | | -2,753.65 | | | |
| Check | 01/19/2021 | | First Citizens Bank--debt payment | | -3,376.13 | | | |
| Check | 01/19/2021 | | First Citizens Bank--debt payment | | -3,827.17 | | | |
| Check | 02/01/2021 | | First Citizens Bank--debt payment | FCB LOC Interest | -331.53 | | | |
| Check | 02/05/2021 | | First Citizens Bank--debt payment | Paid Off LOC | -55,000.00 | | | |
| Check | 02/16/2021 | | First Citizens Bank--debt payment | | -901.50 | | | |
| Check | 02/17/2021 | | First Citizens Bank--debt payment | | -588.45 | | | |
| Check | 02/17/2021 | | First Citizens Bank--debt payment | | -653.40 | | | |
| Check | 02/17/2021 | | First Citizens Bank--debt payment | | -240.58 | | | |
| Check | 02/17/2021 | | First Citizens Bank--debt payment | | -1,214.93 | | | |

**Account QuickReport**

| Type | Date | Num | Name / Purpose | Memo | Amount | Name | Address | |
|---|---|---|---|---|---|---|---|---|
| Check | 02/17/2021 | | First Citizens Bank--debt payment | | -2,753.65 | | | |
| Check | 02/17/2021 | | First Citizens Bank--debt payment | | -3,376.13 | | | |
| Check | 02/26/2021 | | First Citizens Bank--Bank Service Charge | | -15.00 | | | |
| Check | 03/01/2021 | | First Citizens Bank--debt payment | LOC Interest | -42.78 | | | |
| Check | 03/15/2021 | | First Citizens Bank--debt payment | | -901.50 | | | |
| Check | 03/16/2021 | | First Citizens Bank--debt payment | | -588.45 | | | |
| Check | 03/16/2021 | | First Citizens Bank--debt payment | | -653.40 | | | |
| Check | 03/16/2021 | | First Citizens Bank--debt payment | | -1,214.93 | | | |
| Check | 03/16/2021 | | First Citizens Bank--debt payment | | -2,753.65 | | | |
| Check | 03/16/2021 | | First Citizens Bank--debt payment | | -3,376.13 | | | |
| Check | 03/22/2021 | | First Citizens Bank--Credit Card Expense | | -14.95 | | | |
| Check | 03/31/2021 | | First Citizens Bank-- Bank Service Charge | | -15.00 | | | |
| Check | 04/15/2021 | | First Citizens Bank--debt payment | | -901.50 | | | |
| Check | 04/16/2021 | | First Citizens Bank--debt payment | | -588.45 | | | |
| Check | 04/16/2021 | | First Citizens Bank--debt payment | | -653.40 | | | |
| Check | 04/16/2021 | | First Citizens Bank--debt payment | | -1,214.93 | | | |
| Check | 04/16/2021 | | First Citizens Bank--debt payment | | -2,753.65 | | | |
| Check | 04/16/2021 | | First Citizens Bank--debt payment | | -3,376.13 | | | |
| Check | 04/20/2021 | | First Citizens Bank-- Credit Card Expense | | -29.95 | | | |
| Check | 02/18/2021 | 24013 | Fischer Auction--appraisal | | -2,500.00 | Fischer Auction | 1426 N Magnolia | El Cajon, CA 92020 |
| Check | 03/22/2021 | 24049 | Fischer Auction--appraisal | | -750.00 | | | |
| Check | 01/04/2021 | 5379 | GenMyk, LLC--Rent | January 2021 Rent | -7,725.00 | GenMyk, LLC | 130 Vallecitos De Oro | San Marcos, CA 92069 |
| Check | 02/01/2021 | 5395 | GenMyk, LLC--Rent | February 2021 Rent | -7,725.00 | | | |
| Check | 03/01/2021 | 24022 | GenMyk, LLC--Rent | March 2021 Rent | -7,725.00 | | | |
| Check | 04/01/2021 | 24060 | GenMyk, LLC--Rent | April 2021 Rent | -7,725.00 | | | |
| Check | 02/09/2021 | 23998 | Grainger, Inc.--Supplies | Account Number: 834942328 | -35.80 | Grainger, Inc. | Dept. 834942328 | Palatine, IL 60038-0001 |
| Check | 02/05/2021 | 23985 | Home Depot--Credit card | Account Number: XXXX-XXXX-XXXX-007 | -1,051.72 | HOME DEPOT CREDIT SERVICES | DEPT. 32 - 2503750071 PO Box 780- | Phoenix, AZ 85062-8047 |
| Check | 02/22/2021 | 24018 | Home Depot--Credit card | Account Number: XXXX-XXXX-XXXX-007 | -1,665.49 | | | |
| Check | 03/12/2021 | 24041 | Home Depot--Credit card | Account Number: XXXX-XXXX-XXXX-007 | -88.13 | | | |
| Check | 04/12/2021 | 24078 | Home Depot--Credit card | Account Number: XXXX-XXXX-XXXX-007 | -532.21 | | | |
| Check | 02/05/2021 | 23986 | Infiniti Financial Services--vehicle loan | Account Number: 2901 0248 606 | -2,251.56 | Infinity Financial Services | P.O. Box 740596 | Cincinnati, OH 45274-0596 |
| Check | 04/13/2021 | 24079 | Infiniti Financial Services--vehicle loan | Account Number: 2901 0248 606 | -1,150.78 | | | |
| Check | 04/13/2021 | 24080 | Infiniti Financial Services--vehicle loan | Account Number: 2901 0248 606 | -1,125.78 | | | |
| Check | 02/26/2021 | 24021 | John Deere Financial--tractor loan | | -379.17 | John Deere Financial | P. O. Box 4450 | Carol Stream, IL 60197-4450 |
| Check | 04/12/2021 | 24070 | John Deere Financial--tractor loan | | -379.17 | | | |
| Check | 02/05/2021 | 23984 | JS MCA Hunter Park, LP.--storage unit rent | Paid in Full February 2021 Rent | -2,800.00 | JS MCA Hunter Park, LP. c/o MCA Property | 1600 Chicago Avenue, Suite R-1 | Riverside, CA 92507 |
| Check | 03/03/2021 | 24029 | JS MCA Hunter Park, LP.--storage unit rent | Paid in Full March 2021 Rent | -2,800.00 | | | |
| Check | 01/26/2021 | 5394 | Kaiser Foundation Health Plan, Inc.-- Medical Insurance | Billing Unit 532814704 | -1,576.27 | Kaiser Foundation Health Plan, Inc. | FILE 5915 | Los Angeles, CA 90074-5915 |
| Check | 02/04/2021 | 23982 | Kaiser Foundation Health Plan, Inc.-- Medical Insurance | Billing Unit # 922814704 | -9,088.07 | | | |
| Check | 02/17/2021 | 24011 | Kaiser Foundation Health Plan, Inc.-- Medical Insurance | Billing Unit # 532814704 | -1,576.27 | | | |
| Check | 02/17/2021 | 24012 | Kaiser Foundation Health Plan, Inc.-- Medical Insurance | Billing Unit # 922814704 | -8,470.59 | | | |
| Check | 03/12/2021 | 24040 | Kaiser Foundation Health Plan, Inc.-- Medical Insurance | Billing Unit # 922814704 | -575.21 | | | |
| Check | 03/15/2021 | 24046 | Kaiser Foundation Health Plan, Inc.--Medical Insurance | Billing Unit # 532814704 | -1,576.27 | | | |
| Check | 04/16/2021 | 24081 | Kaiser Foundation Health Plan, Inc.--Medical Insurance | Billing Unit 532814704 | -1,576.27 | | | |
| Check | 04/16/2021 | 24082 | Kaiser Foundation Health Plan, Inc.--Medical Insurance | Billing Unit # 922814704 | -6,089.67 | | | |
| Check | 03/27/2021 | 24057 | Ken Grody Ford - Auto Expense | Account Number: 4338.1120 | -747.29 | Ken Grody Ford Carlsbad | P.O. Box 1576 | Carlsbad, Ca 92018 |
| Check | 01/22/2021 | 23977 | Kurt Filipovitch & Co.--Accounting | Client # 30182 | -690.00 | Filipovitch & Co. | 5800 Armada Drive, Ste. 290 | Carlsbad, CA 92008 |
| Check | 02/22/2021 | 24019 | Kurt Filipovitch & Co.--Accounting | Client # 30182 | -750.00 | | | |
| Check | 01/15/2021 | 5387 | Meza Automotive Paint - Shop Supplies | Customer No. 505 | -496.77 | Meza Automotive Paint | 639 Aero Way | Escondido, CA 92029 |
| Check | 03/03/2021 | 24030 | Meza Automotive Paint - Shop Supplies | Customer Number: 505 | -149.57 | | | |
| Check | 04/16/2021 | 24084 | Meza Automotive Paint - Shop Supplies | Customer Number: 505 | -309.30 | | | |
| Check | 02/08/2021 | 23993 | Mission Janitorial & Abrasive - Dishwasher Machine Lease | Invoice # 707216-03 Dish Machine Renta | -89.00 | Mission Janitorial & Abrasive Supplies | 9292 Activity Road | San Diego, CA 92126-4425 |
| Check | 02/23/2021 | 24020 | Mission Janitorial & Abrasive- Shop Supplies | | -591.11 | | | |
| Check | 03/03/2021 | 24025 | Mission Janitorial & Abrasive - Dishwasher Machine Lease | Invoice # 707216-03 Dish Machine Renta | -89.00 | | | |
| Check | 01/15/2021 | 5388 | Napa Auto Parts-- Auto Parts | Account # 29806052 | -137.85 | Napa Auto Parts | File 56893 | Los Angeles, CA 90074-6893 |
| Check | 04/05/2021 | 24065 | Napa Auto Parts-- Auto Parts | Account Number: 29806052 | -246.23 | | | |
| Check | 01/04/2021 | 5378 | N & B Enterprises, LLC.--Rent | January 2021 Rent | -12,849.00 | N & B Enterprises, LLC | 130 Vallecitos De Oro | San Marcos, CA 92069 |
| Check | 02/05/2021 | 23991 | N & B Enterprises, LLC.--Rent | February 2021 Rent | -12,849.00 | | | |

| Type | Date | Num | Name / Purpose | Memo | Amount | Name | Address | |
|------|------|-----|----------------|------|--------|------|---------|---|
| Check | 03/01/2021 | 24023 | N & B Enterprises, LLC.--Rent | March 2021 Rent | -12,849.00 | | | |
| Check | 04/01/2021 | 24061 | N & B Enterprises, LLC.--Rent | April 2021 Rent | -12,849.00 | | | |
| Check | 01/15/2021 | 5382 | Payne Pest Management--Pest Control | Account Number: 4-3168 | -58.00 | Payne Pest Management | 10070 Carroll Canyon Rd Suite 100 | San Diego, CA 92131 |
| Check | 04/12/2021 | 24072 | Payne Pest Management--Pest Control | Invoice Number: 259795 | -58.00 | | | |
| Check | 01/06/2021 | 23974 | Pitney Bowes Global Financial Services--Postage meter | Invoice # 3104469582 | -65.51 | Pitney Bowes Global Financial Services | P.O. BOX 371887 | Pittsburgh, PA 15250-7887 |
| Check | 04/08/2021 | 24069 | Pitney Bowes Global Financial Services--Postage meter | Invoice # 3104660991 | -65.51 | | | |
| Check | 03/15/2021 | 24043 | Rayne Water--Water Treatment | Account Number: 12659 | -51.00 | Rayne Water Systems | P. O. Box 1659 | Vista, CA 92085-1659 |
| Check | 04/08/2021 | 24067 | Rayne Water--Water Treatment | Account Number: 12659 | -78.00 | | | |
| Check | 01/15/2021 | 5390 | San Diego Gas & Electric--Utility | | -192.55 | San Diego Gas & Electric | P.O. Box 25111 | Santa Ana, CA 92799-5111 |
| Check | 01/15/2021 | 5391 | San Diego Gas & Electric--Utility | | -576.15 | | | |
| Check | 02/08/2021 | 23995 | San Diego Gas & Electric--Utility | | -434.19 | | | |
| Check | 02/08/2021 | 23996 | San Diego Gas & Electric--Utility | | -202.34 | | | |
| Check | 03/10/2021 | 24035 | San Diego Gas & Electric--Utility | | -482.16 | | | |
| Check | 03/10/2021 | 24036 | San Diego Gas & Electric--Utility | | -204.20 | | | |
| Check | 04/12/2021 | 24073 | San Diego Gas & Electric--Utility | | -251.15 | | | |
| Check | 04/12/2021 | 24074 | San Diego Gas & Electric--Utility | | -529.57 | | | |
| Check | 01/11/2021 | 23976 | San Francisco Laundry - Laundry - Linens | | -412.72 | San Francisco Laundry | 11015 Shoemaker Ave | Santa Fe Springs, CA 90670 |
| Check | 01/22/2021 | 23979 | San Francisco Laundry - Laundry - Linens | | -486.75 | | | |
| Check | 02/08/2021 | 23997 | San Francisco Laundry - Laundry - Linens | | -450.96 | | | |
| Check | 02/19/2021 | 24016 | San Francisco Laundry - Laundry - Linens | | -523.36 | | | |
| Check | 03/15/2021 | 24044 | San Francisco Laundry - Laundry - Linens | | -1,142.10 | | | |
| Check | 03/27/2021 | 24055 | San Francisco Laundry - Laundry - Linens | | -633.42 | | | |
| Check | 04/12/2021 | 24071 | San Francisco Laundry - Laundry - Linens | | -1,472.90 | | | |
| Check | 04/19/2021 | 24088 | San Francisco Laundry - Laundry - Linens | | -2,376.62 | | | |
| Check | 03/27/2021 | 24054 | Shred-It, C/O Stericycle, Inc.--Shredding | Invoice Number: 8181691937 | -57.25 | Shred-It, C/O Stericycle, Inc. | 28883 Network Place | Chicago, IL 60673-1288 |
| Check | 01/15/2021 | 5385 | Suburban Propane--Propane | Account Number 1627-018376 | -459.04 | Suburban Propane-1627 | P.O. Box 12027 | Fresno, CA 93776-2027 |
| Check | 02/12/2021 | 24001 | Suburban Propane--Propane | Account Number: 1627-018376 | -1,156.12 | | | |
| Check | 03/10/2021 | 24034 | Suburban Propane--Propane | Account Number: 1627-018376 | -564.16 | | | |
| Check | 02/05/2021 | 23989 | Toyota Commercial Finance--debt payment | Billing Number 20059250 | -1,063.85 | Toyota Industries Commercial Finance, Inc. | P.O. Box 660926 | Dallas, TX 75266-0926 |
| Check | 02/05/2021 | 23990 | Toyota Commercial Finance--debt payment | Billing Number 20059250 | -1,322.64 | | | |
| Check | 02/16/2021 | 24006 | Toyota Commercial Finance--debt payment | Billing Number 20059250 | -1,063.85 | | | |
| Check | 02/16/2021 | 24007 | Toyota Commercial Finance--debt payment | Billing Number 20059250 | -1,322.64 | | | |
| Check | 02/05/2021 | | Toyota Financial Services--debt payment | Account # 033 6563104 | -1,460.66 | Toyota Financial Services | PO Box 5855 | Carol Stream IL 60197-5855 |
| Check | 02/05/2021 | 23988 | TPx Communications - Internet & Telephone | Account Number: 156257 | -1,251.06 | TPx Communications | P.O. Box 509013 | San Diego, CA 92150-9013 |
| Check | 02/12/2021 | 24000 | TPx Communications - Internet & Telephone | Account Number: 156257 | -1,284.92 | | | |
| Check | 03/10/2021 | 24037 | TPx Communications - Internet & Telephone | Account Number: 156257 | -1,287.89 | | | |
| Check | 04/12/2021 | 24075 | TPx Communications - Internet & Telephone | Account Number: 156257 | -1,287.39 | | | |
| Check | 03/22/2021 | 24048 | TQC Investments, Inc. - Website and Computer Support | Invoice # 1802 | -560.00 | TQC Investments, Inc. | 4474 Calle de Vida | San Diego, CA 92124 |
| Check | 04/08/2021 | 24068 | UniFirst First Aid Corp - First Aid Supplies | Invoice # B500512 | -71.26 | UniFirst First Aid Corp | 3499 Rider Trails South | St. Louis, MO 63045 |
| Check | 01/15/2021 | 5392 | Vallecitos Water District--Utility | | -440.99 | Vallecitos Water District | 201 Vallecitos de Oro | San Marcos, CA 92069-1453 |
| Check | 02/16/2021 | 24008 | Vallecitos Water District--Utility | | -270.74 | | | |
| Check | 03/10/2021 | 24038 | Vallecitos Water District--Utility | | -311.39 | | | |
| Check | 04/12/2021 | 24077 | Vallecitos Water District--Utility | | -278.48 | | | |
| Check | 02/05/2021 | 23987 | Wex Bank - Fuel Chevron | Account # 0496-00-523151-9 | -2,018.37 | Wex Bank | P. O. BOX 4337 | Carol Stream IL 60197-4337 |
| Check | 02/16/2021 | 24003 | Wex Bank - Fuel Chevron | Account # 0496-00-523151-9 | -1,731.31 | | | |
| Check | 03/12/2021 | 24042 | Wex Bank - Fuel Chevron | Account # 0496-00-523151-9 | -888.06 | | | |
| Check | 04/16/2021 | 24085 | Wex Bank - Fuel Chevron | Account # 0496-00-523151-9 | -2,353.47 | | | |
| Check | 02/16/2021 | 24009 | Zep Manufacturing Company - Shop Supplies | Invoice # 9005939923 | -343.09 | Acuity Specialty Products, Inc. Zep Sales & S | File 50188 | Los Angeles, CA 90074-0188 |

Abouni, Rumiana
821 Nordhal Rd. # A
San Marcos, CA 92069

Adame Vega, Antonio
2505 Corbel Way
San Marcos, CA 92078

Alecio Lopez, Ernesto

919 Wellpott Place
Vista, CA 92084

Ally Bank
P.O. Box 9001948
Louisville, KY 40290

Alvarez, Oscar
1838 Thibodo Rd. # 104
Vista, CA 92081

Awe, Alicia
2092 Ridgeline Ave.
Vista, CA 92081

Becerra, Rene
1532 Montiel Rd.
Escondido, CA 92026

Cadena, Armando
820 Sycamore Ave. # 159
Vista, CA 92081

Carrine, Christopher
345 W. El Norte Parkway # 212
Escondido, CA 92026

Castro, Jose
802 N. Olander Pl.
Escondido, CA 92027

Davis, Pickren, Seydel & Sneed
Attn: J. Bradford Simpson
285 Peachtree Center Ave. NE, Ste. 2300
Atlanta, GA 30303

Diaz, John
965 W. Lincoln Ave.  # C23
Escondido, CA 92026

Elder, Brandon
12817 Julian Ave.
Lakeside, CA 92040

Enriquez, Louis
635 Onley Dr.
Vista, CA 92083

Espinoza, Nelda
1638 Calavo Road  #1
Fallbrook, CA 92028

F. Flores, et al/all similarly situated
c/o Patrick Nellies, Esq.
5820 Oberlin Drive #110
San, Diego, CA 92121

First Citizens Bank
360 West Grand Ave.
Escondido, CA 92025

First Citizens Bank & Trust Co.
Attn: SBA Loan Operations
100 E. Tryon Road, DAC 90
Raleigh, NC 27603

First Citizens Bank & Trust Co.
Attn: DAC 36
P.O. Box 25187
Raleigh, NC 27611

Fraga, Diana
1826 Loreto Glen
Escondido, CA 92027

Gabriel, Tyler
1283 Avenida Fragata
San Marcos, CA 92069

Garza, Ricardo
723 N Midway Street
Escondido, CA 92027

Genmyk, Llc
130 Valle De Oro
San Marcos, CA 92069

Gomez, Cesareo
375 La Mesa Ave.
Encinitas, CA 92024

Gomez, Gloria
375 La Mesa Ave.
Encinitas, CA 92024

Goretti, Cynthia
1715 Manchester Place
Escondido, CA 92027

Guevara, Martin
1572 N Broadway, Apt. C
Escondido, CA 92026

Guillen, Isaac
6929 Morningside Ave.
Riverside, CA 92504

Hernandez De Ruiz, Leticia

P.O. Box 13
Escondido, CA 92033

Holemo, Jeffrey
140 S Mercedes Rd.
Fallbrook, CA 92028

Holemo, Michael
1044 Jessica Lane
Escondido, CA 92027

Husted, Brian
852 Avenida Ricardo, Apt. 313
San Marcos, CA 92069

Infante, Leticia
2215 Medford Place
Escondido, CA 92027

Infante, Mario
2215 Medford Place
Escondido, CA 92027

John Deere Financial
P.o. Box 4450
Carol Stream, Il 60197

JS MCA Hunter Park Lp
c/o MCA Property Management Inc.
1600 Chicago Ave., Ste. R-1
Riverside, CA 92507

Patrick N. Keegan, Esq.
2292 Faraday Ave. Ste. 100
Carlsbad, CA 92009

Kieu,   Loc
1150 Hoover Street
Escondido, CA 92027

Larson, Jared
308 Camino Calafia
San Marcos, CA 92069

Larson, Zachary
308 Camino Calafia
San Marcos, CA 92069

Lemus, Gonzalez
425 N. Hickory # B205
Escondido, CA 92025

Lemus Martinez, Juan
223 Hollenbeck Rd.
San Marcos, CA 92069

Lemus, Alfredo
2700 E. Valley Parkway # 286
Escondido, CA 92027

Lemuz Rosales, Armando

1530 E. El Norte Parkway #  44
Escondido, CA 92027

Lucio C, Maria
169 Avenida Chapala
San Marcos, CA 92069

Martinez, Ambriz
25838 Homeland Ave.
Homeland, CA 92548

Martinez Lemus, Jose
608 Richmar Ave. #12
San Marcos, CA 92069

Martinez, Cristobalito
451 Autumn Dr. # 5
San Marcos, CA 92069

Montesinos, Cecilia
4831 Claire Dr.
Oceanside, CA 92057

Nicholson, Jennifer
32088 Taliesin Way
Bonsall, CA 92003

N&B Enterprises, LLC
130 Valle De Oro
San Marcos, CA 92069

Nicholson, Michael
32088 Taliesin Way
Bonsall, CA 92003

Nicholson, Spencer
32088 Taliesin Way
Bonsall, CA 92003

Nicholson, Thomas
1075 La Reina Dr.
San Marcos, CA 92078

Ponce, Jacome
571 Larchwood Dr.
San Marcos, CA 92069

Raymundo, Armando
150 S. Rancho Santa Fe #77
San Marcos, CA 92078

Richards, Tim
999 S. Santa Fe Ave. # 88
San Jacinto, CA 92583

Roberts, Regina
250 Knoll Rd. # 101
San Marcos, CA 92069

Toyota Commercial Finance
P.O. Box 660926
Dallas, Tx 75266

Toyota Financial Services
P.O. Box 5855
Carol Stream, Il 60197

U.S Small Business Administration
SBA Disaster Loan
1545 Hawkins Blvd., Ste. 202
El Paso, TX 79925

Vielma, Carmelo
1142 N. Broadway # 6
Escondido, CA 92026

Whitehurst, Marvin
520 Sandalwood Pl. # 14
Escondido, CA 92027

Williams, Arthur
1911 Bush St., C117
Oceanside, CA 92058